■ In the Matter of JEFFREY W. PERRY, Appellant, v LOIS Y. KNAB, Respondent. (Appeal No. 2.) [648 NYS2d 417] —Appeal unanimously dismissed without costs (*see, Matter of Kolasz v Levitt,* 63 AD2d 777, 779). (Appeal from Amended Order of Erie County Family Court, Townsend, J.—Support.) Present—Pine, J. P., Fallon, Wesley, Balio and Boehm, JJ.

■ CHARLES P. BENFANTI et al., Appellants, v TRI-MAIN DEVELOPMENT, L.P., Respondent. [647 NYS2d 616] —Order unanimously reversed on the law without costs, motion denied, complaint reinstated and cross motion granted. Memorandum: Supreme Court erred in granting defendant's summary judgment motion and in denying plaintiff's cross motion for summary judgment on liability under Labor Law § 240 (1). Plaintiff Charles P. Benfanti, an electrician, fell approximately eight feet from a ladder to the ground while attempting to loosen a drain pipe. We conclude that removal of a portion of the drain pipe leading to the building's main sewer line for the purpose of unclogging and repairing it constitutes the repair of a structure within the meaning of Labor Law § 240 (1), rather than routine maintenance (*see, Holka v Mt. Mercy Academy,* 221 AD2d 949, *lv dismissed* 87 NY2d 1055; *Fuller v Niagara Mohawk Power Corp.,* 213 AD2d 986, *lv denied* 86 NY2d 708; *cf., Smith v Shell Oil Co.,* 85 NY2d 1000; *Rennoldson v Volpe Realty Corp.,* 216 AD2d 912, *lv dismissed* 86 NY2d 837). (Appeal from Order of Supreme Court, Erie County, Whelan, J.— Summary Judgment.) Present—Pine, J. P., Fallon, Wesley, Balio and Boehm, JJ.